PATRICK M. CAROLAN, Respondent, *v.* LILLIE T. YORAN et al., Appellants.

*Carolan* v. *Yoran,* 104 App. Div. 488, affirmed.
(Argued October 24, 1906; decided November 13, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 10, 1905, reversing a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term without a jury and granting a new trial in an action to recover money deposited on a contract for the sale of real property on the ground of the unmarketability of the title.

*Henry Willis Smith* for appellants.

*William F. Clare* for respondent.

Order affirmed and judgment absolute ordered against appellants on the stipulation, with costs in all courts; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Absent: GRAY, J.